# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES TALENT COMPANY, LLC,**

          **Plaintiff,**

**-vs-**                                          Case No. 6:05-cv-150-Orl-31KRS

**TRANS CONTINENTAL TALENT, INC., LOU PEARLMAN, GREGORY MCDONALD, and MARK TOLNER,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANTS' UNOPPOSED MOTION TO COMPEL PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES (Doc. No. 43)**
>
> **FILED:**     March 1, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff United States Talent Company (USTC) shall serve verified answers to the interrogatories propounded by Defendants Lou Pearlman, Gregory McDonald, and Mark Tolner (collectively "the defendants"), on or before March 10, 2006. If USTC fails to comply with this

Order, the defendants may file a motion seeking appropriate sanctions on or before March 13, 2006.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties